UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Mag. No. 12-2574 (DEA) |
| JOSEPH A. GIORGIANNI, : | |
| a/k/a "JoJo," | |
| MARY MANFREDO, : | |
| ANTHONY DIMATTEO, : | |
| RALPH DIMATTEO, SR., : | |
| GIUSEPPE SCORDATO, : | |
| a/k/a "Joe," : | |
| a/k/a "Joey," : | |
| CAROL KOUNITZ, : | |
| STEPHANIE LIMA, : | |
| MARK BETHEA, and : | **UNSEALING ORDER** |
| EUGENE BROWN, : | |
| a/k/a "Raheem" : | |

Upon application of the United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant United States Attorneys), for an order unsealing the docket sheet, the Complaint, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 10 day of September 2012,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the docket sheet, the Complaint, and all related papers in the above-captioned matter be UNSEALED.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge